UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
                             )
                             )  CRIMINAL NO. 10-10388-DPW
          V.                 )
                             )
JAMES C. FIELDS              )
                             )
          Defendant          )

## VERDICT

### 1.    AS TO COUNT ONE

With respect to Count One, we, the jury, find the defendant
James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                 Guilty.

### 2.    AS TO COUNT TWO

With respect to Count Two, we, the jury, find the defendant
James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                 Guilty.

### 3.    AS TO COUNT THREE

With respect to Count Three, we, the jury, find the defendant
James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                 Guilty.

-1-

4.   **AS TO COUNT FOUR**

With respect to Count Four, we, the jury, find the defendant

James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                     _Guilty_.

5.   **AS TO COUNT FIVE**

With respect to Count Five, we, the jury, find the defendant

James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                     _Guilty_.

6.   **AS TO COUNT SIX**

With respect to Count Six, we, the jury, find the defendant

James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                     _Guilty_.

7.   **AS TO COUNT SEVEN**

With respect to Count Seven, we, the jury, find the defendant

James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                     _Guilty_.

8.   **AS TO COUNT EIGHT**

With respect to Count Eight, we, the jury, find the defendant

James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                     _Guilty_.

**9.   AS TO COUNT NINE**

With respect to Count Nine, we, the jury, find the defendant

James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                    _Guilty_.

**10.   AS TO COUNT TEN**

With respect to Count Ten, we, the jury, find the defendant

James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                    _Guilty_.

**11.   AS TO COUNT ELEVEN**

With respect to Count Eleven, we, the jury, find the defendant

James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                    _Guilty_.

**12.   AS TO COUNT TWELVE**

With respect to Count Twelve, we, the jury, find the defendant

James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                    _Guilty_.

## 13.  AS TO COUNT THIRTEEN

With respect to Count Thirteen, we, the jury, find the defendant James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                    *Guilty.*

## 14.  AS TO COUNT FOURTEEN

With respect to Count Fourteen, we, the jury, find the defendant James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                    *Guilty.*

## 15.  AS TO COUNT FIFTEEN

With respect to Count Fifteen, we, the jury, find the defendant James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                    *Guilty.*

## 16.  AS TO COUNT SIXTEEN

With respect to Count Sixteen, we, the jury, find the defendant James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                    *Guilty.*

## 17.  AS TO COUNT SEVENTEEN

With respect to Count Seventeen, we, the jury, find the defendant James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                    *Guilty.*

**18.   AS TO COUNT EIGHTEEN**

With respect to Count Eighteen, we, the jury, find the defendant
James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                        Guilty.

**19.   AS TO COUNT NINETEEN**

With respect to Count Nineteen, we, the jury, find the defendant
James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                        Guilty.

**20.   AS TO COUNT TWENTY**

With respect to Count Twenty, we, the jury, find the defendant
James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                        Guilty.

**21.   AS TO COUNT TWENTY-ONE**

With respect to Count Twenty-one, we, the jury, find the
defendant James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                        Guilty.

**22.   AS TO COUNT TWENTY-TWO**

With respect to Count Twenty-two, we, the jury, find the
defendant James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                        Guilty.

-5-

**23.   AS TO COUNT TWENTY-THREE**

With respect to Count Twenty-three, we, the jury, find the
defendant James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                    Guilty.

**24.   AS TO COUNT TWENTY-FOUR**

With respect to Count Twenty-four, we, the jury, find the
defendant James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                    Guilty.

**25.   AS TO COUNT TWENTY-FIVE**

With respect to Count Twenty-five, we, the jury, find the
defendant James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                    Guilty.

**26.   AS TO COUNT TWENTY-SIX**

With respect to Count Twenty-six, we, the jury, find the
defendant James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                    Guilty.

**27. AS TO COUNT TWENTY-SEVEN**

With respect to Count Twenty-seven, we, the jury, find the

defendant James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                    Guilty.

**28. AS TO COUNT TWENTY-EIGHT**

With respect to Count Twenty-eight, we, the jury, find the

defendant James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                    Guilty.

**29. AS TO COUNT TWENTY-NINE**

With respect to Count Twenty-nine, we, the jury, find the

defendant James C. Fields:

(ANSWER "NOT GUILTY" OR "GUILTY")                    Guilty.

11-19-2012
DATE

FOREPERSON

-7-