```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES                 )
                              )    CRIMINAL ACTION NO.
                              )    10-10388-DPW
         v.                   )
                              )
JAMES C. FIELDS,              )
                              )
             Defendant.       )
```

### MEMORANDUM AND ORDER
October 23, 2013

It has come to my attention that the United States Attorneys Office has publicly announced findings and conclusions by the United States Department of Justice Office of Professional Responsibility that suggestions of misconduct by Assistant United States Attorney Victor Wild related to this case "lack[] factual support and were without merit."

This case remains under consideration in this court in connection with the preparation of a full written explanation sought by the parties in connection with their noticed cross appeals concerning the grounds for disposing of post trial motions. The action and reasoning of the Office of Professional Responsibility are relevant and perhaps material to the Memorandum and Order I now have in draft. Moreover, I have indicated that to the degree the suggestions of misconduct are directed to a sentencing proceeding in a case before Judge Wolf,

it is my intention to forward to Judge Wolf my Memorandum and Order thereby directing his attention to the relevant filings by the parties before me.  The Office of Professional Responsibility report would be relevant and perhaps material to that referral as well.

    Consequently, the government is hereby ORDERED to submit, on or before October 28, 2013 for docketing in this case, subject to a motion to seal if impoundment is sought, the report of the Office of Professional Responsibility regarding Assistant United States Attorney Wild.

    **/s/ Douglas P. Woodlock**
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE